IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| SHANE LOUIS BURD, | CV-21-0025-H-SEH |
| Plaintiff, | |
| vs. | ORDER |
| SGT. WEBER, LT. POSTMA, SGT. AYERS, and CARRY WALSTED, | |
| Defendants. | |

Mail sent to Plaintiff Shane Louis Burd from this Court on January 13, 2022, has again been returned as undeliverable,[1] notwithstanding that the Court had previously advised him that he must, at all times, immediately advise the Court and opposing counsel of any change of address.[2]

Fed. R. Civ. P. 41(b) authorizes the Court, on its own without awaiting a motion, to dismiss an action "[i]f the plaintiff fails to prosecute" the action.[3]

"The public's interest in expeditious resolution of litigation … favors dismissal."[4] Burd has failed to update his address or otherwise move this litigation

---

[1] Doc. 19.
[2] Doc. 12; Fed. R. Civ. P. 41(b).
[3] *Link v. Wabash Railroad Co.*, 370 U.S. 626, 633 (1962); *Hells Canyon Preservation Council v. United States Forest Serv.*, 403 F. 3d 683, 689 (9th Cir. 2005).
[4] *Yourish v. California Amplifier*, 191 F. 3d 983, 990 (9th Cir. 1999).

forward. "The trial judge is in the best position to determine whether the delay in a particular case interferes with docket management and the public interest."[5]

The Court cannot manage its docket if a party refuses to honor the Court's orders. A rebuttable presumption of prejudice to respondents arises if a plaintiff unreasonably delays prosecution of an action.[6] All factors favor dismissal.

Burd did not comply with the Court's order.[7] Less drastic alternatives have been considered. This case cannot move forward. Dismissal is warranted.

**ORDERED**

1.    Burd's Complaint[8] is DISMISSED for failure to prosecute.

2.    Filing of this action counts as one strike under 28 U.S.C. § 1915(e)(2)(B)(ii).

3.    The Clerk of Court is directed to close this case and enter judgment of dismissal.

DATED this ___11th___ day of February, 2022.

Sam E. Haddon
United States District Court Judge

---

[5] *Pagtalunan v. Galaza*, 291 F. 3d 639 (9th Cir. 2002).
[6] *In re Eisen*, 31 F.3d 1447, 1452-53 (9th Cir. 1994).
[7] Doc. 18.
[8] Doc. 2.